UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

Cotch, David L.
Cotch, Linda

        Debtors.

Chapter 7

Case No. 06-12613 LER

**STATEMENT OF UNCLAIMED DIVIDENDS**

| Claim No. | Creditor Name and Address | Amount Allowed | Dividend |
|---|---|---|---|
| 6 | National Grid<br>Bankruptcy Processing Unit, Collection Services, P.O. Box 5026<br>Buffalo, NY 14204-5026 | $723.36 | $95.10 |
| 7 | National Grid<br>Bankruptcy Processing Unit, Collection Services, P.O. Box 5026<br>Buffalo, NY 14204-5026 | $670.35 | $88.13 |
| 6I | National Grid<br>Bankruptcy Processing Unit, Collection Services, P.O. Box 5026<br>Buffalo, NY 14204-5026 | $114.78 | $39.78 |
| 7I | National Grid<br>Bankruptcy Processing Unit, Collection Services, P.O. Box 5026<br>Buffalo, NY 14204-5026 | $106.37 | $36.86 |

**TOTAL UNCLAIMED DIVIDENDS:** $259.87

Dated: January 19, 2010

MICHAEL J. O'CONNOR
Trustee
O'CONNOR & O'CONNOR, PC, 20 CORPORATE WOODS BLVD
ALBANY, NY 12211-2350
(518) 465-0400

REC'D & FILED 2010 JAN 27 AM 9:53 BANKRUPTCY COURT N.D. OF NY ALBANY